FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS         2021 NOV 29  AM 12: 59

Friedrich Lu, Plaintiff            )    Civil Action No 21-11493-JDL
v                                  )
Kimberly S Budd, et al, Defendants )

U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO RECUSE DISTRICT JUDGES

(1)  Pursuant to 28 USC § 455(a) ("his impartiality might reasonably be questioned") (1974 ed), plaintiff Friedrich Lu moves to disqualify

(a)  Chief District Judge Jon D Levy and Magistrate Judge John H Rich III, both of United States District Court for District of Maine; and

(b)  Chief District Judge F Dennis Saylor, of United States District Court for the District of Massachusetts.

(2)
(a)  On information and belief, Lu stated the following. On the surface of it, the case was assigned to Levy, CJ. See docket # 4 (filed on Oct 5 and entered on Oct 7, 2021). However, Saylor, CJ, continued hovering over the case incessantly, giving the case a feel of being managed by a committee (rather than a single judge) and reminiscent of a scene in the 1997 American film "Red Corner" where Richard Gere abruptly opened a door beside presiding judges to expose a separate room at the back of courtroom with a panel of communist officials pulling the strings from behind. Lu is deeply suspicious of Chief Circuit Judge Jeffrey R Howard of the First Circuit who, in this case, might, again, have set Lu up for failure. Howard, CJ's assignment of *Lu v Sprague*, US Dist Ct (D.Mass.) No 18-cv-12544 to District Judge Lance E Walker of Maine under 28 § 292(b) (1982 ed) sent that case on the road to perdition before Lu on a whim viewed the docket and noticed the case had purportedly been terminated.

(b)  Edgar Allan Poe Quote: "If a man deceives me once, shame on him; if he deceives me twice, shame on me.

(3)     On Nov 2, 2021 Levy, CJ, denied Lu's *Motion for Full Disclosure*.

Plaintiff:      Friedrich Lu, pro se
Date:           November 24, 2021
Email address: chi2flu@gmail.com
Address:        % St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112

    Under penalty of perjury, Lu states that a coly of his document is mailed on the same day to Saylor, CJ at Moakley courthouse, postage prepaid.