UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRIEDRICH LU, | ) </br> ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | ) No. 1:21-cv-11493-JDL </br> ) |
| PAUL LAPROCINA, JR., et al., | ) </br> ) </br> ) |
| Defendants. | ) |

**ORDER FREEZING MOTION FILINGS**

On September 7, 2021 the Plaintiff, Friedrich Lu, proceeding pro se, filed his original complaint (ECF No. 1) contending that the defendants conspired to violate his constitutional due process rights. Since the initiation of this action, Lu has filed nine motions (ECF Nos. 2, 7, 13, 14, 15, 23, 37, 38, 45), not inclusive of his filing of an amended complaint and responsive pleadings. To conserve judicial resources, it is hereby **ORDERED** that no further motions, other than those seeking emergency relief or to dismiss, may be filed until a case management conference is held. The Clerk of Court is directed to schedule a case management conference with the Magistrate Judge.

SO ORDERED.

Dated this 16th day of March, 2022.

/s/ Jon D. Levy
**CHIEF U.S. DISTRICT JUDGE**