UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRIEDRICH LU, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|        v. | ) No. 1:21-cv-11493-JDL |
| | ) |
| PAUL LAPROCINA, JR., et al., | ) |
| | ) |
| | ) |
|    Defendant. | ) |

ORDER ACCEPTING THE RECOMMENDED DECISION OF THE
MAGISTRATE JUDGE

Plaintiff Friedrich Lu moved to recuse Chief District Judge F. Dennis Saylor, of the United States District Court for the District of Massachusetts, Magistrate Judge John H. Rich III, and myself (ECF Nos. 13, 14) and moved for reassignment of this case (ECF No. 15) to a judge outside of the First Circuit.  Lu based his motions for recusal on the grounds that the judges' impartiality may reasonably be questioned because, he contends, we are part of a committee of judges that is working illicitly to ensure that Lu's cases are denied.  United States Magistrate Judge John H. Rich III issued an order denying Lu's motions to recuse as they pertained to him on the basis that Lu's accusations of bias were wholly unfounded, and filed his Recommended Decision on the motions to recuse Judge Saylor and myself and motion for reassignment with the Court on December 30, 2021 (ECF No. 21), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2022) and Fed. R. Civ. P. 72(b).  Lu filed an objection

(ECF No. 25) on January 12, 2022.  Lu also filed a duplicative motion to disqualify Judge Rich and myself (ECF No. 23) on January 3, 2022.

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by the Magistrate Judge.  I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceedings are necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 21) of the Magistrate Judge is hereby **ACCEPTED**.  Friedrich Lu's motions to disqualify the district judges and the magistrate judge and to reassign the case to a judge outside of the First Circuit (ECF Nos. 13, 14, 15, 23) are **DENIED**.

**SO ORDERED.**

**Dated this 28th day of March, 2022.**

                                                        /s/ Jon D. Levy
                                        **CHIEF U.S. DISTRICT JUDGE**