UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRIEDRICH LU, | ) |
|       Plaintiff | ) |
| v. | )   No. 1:21-cv-11493-JDL |
| PAUL LAPROCINA, JR., et al. | ) |
|       Defendants | ) |

### REPORT OF CONFERENCE

In accordance with the Court's order freezing motion filings, *see* ECF No. 49, a case management conference was scheduled for April 19, 2022. When Plaintiff Friedrich Lu was sent information about the conference, he indicated in emails to the Clerk's Office that he would not attend because of his objections to my authority to act in this case and to the conference being held remotely. Notwithstanding these objections, I instructed the Clerk's Office to inform Lu that the conference would go forward as scheduled.

Lu did not appear for the conference at the scheduled time, but Attorneys Traini, DeMello, Janis, and Storm appeared for various defendants. After giving Lu an extra five minutes to appear, I informed those present that I would not go forward with a case management conference without everyone present. I did, however, confirm with them that there are currently eleven motions in this case ready for a decision. *See* ECF Nos. 26, 29, 30, 33, 37, 38, 45, 47, 52, 54, 55.

I recommend that the Court consider Lu's failure to appear as part of its consideration of the pending motions to dismiss, at least one of which is based on Lu's

1

apparent failure to comply with a longstanding order requiring him to attach certain documents to his court filings.  See ECF No. 33; *Lu v. Harvard Sch. of Dental Med.*, C.A. No. 00-11492-MLW, 2002 U.S. Dist. LEXIS 30683, at *17 (D. Mass. Mar. 29, 2002) (requiring Lu to "attach to any pleading, motion, complaint, or other document that he files in the United States District Court for the District of Massachusetts: (1) a copy of [the] Order, and (2) a certification, signed under the pains and penalties of perjury, that he has complied in good faith with [the] Order"); *see also Lu v. Budd*, 546 F. Supp. 3d 9, 11 (D. Mass. 2021) (dismissing Lu's action with prejudice "[b]ecause of his continued violations of the March 2002" order), *appeal docketed* No. 21-1647 (1st Cir. Aug 24, 2021).

## *NOTICE*

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the District Court and to any further appeal of this order.*

Dated: April 19, 2022

                                                /s/ Karen Frink Wolf
                                                Karen Frink Wolf
                                                United States Magistrate Judge