FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT    MAY -3 PM 1:38
DISTRICT OF MASSACHUSETTS

Friedrich Lu, Plaintiff            )    Civil Action No 21-11493-JDL
          v                        )
Paul N Laprocina Jr, et al, Defendants )

## PLAINTIFF'S RESPONSE TO MAGISTRATE JUDGE WOLF'S R&R

On Apr 19, 2022 plaintiff Friedrich Lu received an email that read *in toto*: "US Magistrate Judge Karen Frink Wolf: ORDER entered. REPORT of CONFERENCE [sic]. Objections to R&R due by 5/3/2022(McDonagh, Christina)." (uppercase original). As has happened in this case from the outset, the Report and Recommendation has not been mailed to him, who thus has no way to respond to it. Due process is lacking.*

Plaintiff:      Friedrich Lu, pro se
Date:           May 3, 2022
Email address: chi2flu@gmail.com
Address:       % St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112

---

\*       Attached is the email exchange between Lu and clerk's office of United States District Court for District of Maine (as opposed to Massacgusetts) concerning Case Management Conference and beyond. If Maine clerk;s office raised the issue that Lu could not provided courtesy copy to the three judicial officers (objects of his Apr 28, 2022 Petition for Mandamus *and* Prohibition ) through Maine, Lu was prepared to counter that Maine (as opposed to Massacgusetts) office could not have notified Lu of the Conference, either -- much less using a Maine court reporter for the Conference. None of the hindrances would have appeared if Chief Judge Levy or Magistrate Judge Wolf fulfill their obligation to visit Massachusetts.

[subject:] Case Management Conference - Friedrich Lu v. Paul Laprocina Jr - 1:21-cv-11493-JDL

Nick Gordon <nick_gordon@med.uscourts.gov>          Mon, Apr 11, 2:40 PM
Attachments
to Karen [Wolf], Charity [Pelletier, deputy clerk], cstorm@morrisonmahoney.com, djanis@lockelord.com, rtraini@rtrainilaw.com, sdemello@leplap.com, me, Lori, Melody

[A table of the conference is not amenable to reproduction, which contained less information than text]

Honorable Karen Frink Wolf's Chambers is inviting you to a scheduled ZoomGov meeting.

Friedrich Lu, pro se

Rosemary Traini, Esq.
Scott Kevin DeMello, Esq.

Daron Janis, Esq.

Lori Dunbar

Join ZoomGov Meeting
https://www.zoomgov.com/j/1607404272?pwd=aXZiMHZWYXdaSTZpWWRidlFzbyttdz09

Meeting ID: 160 740 4272
Passcode: 424838
One tap mobile
+16692545252,,1607404272#,,,,*424838# US (San Jose)
+16468287666,,1607404272#,,,,*424838# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    833 568 8864 US Toll-free
Meeting ID: 160 740 4272
Passcode: 424838
Find your local number: https://www.zoomgov.com/u/addJvbwkWB

Join by SIP
1607404272@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 740 4272

Passcode: 424838

------------------------------------------------

Friedrich Lu <chi2flu@gmail.com>  Mon, Apr 11, 6:17 PM
to Nick

(1) I do not have access to a phone?
(2) But first and foremost, I once challenged Magistrate Judge Ruch;s authority to sit in Massachusetts and therefore this case -- in my Jan 12, 2022 response to his order. The same constitutional infirmity lies with Magistrate Judge Wolf's assignment.
(3) Who is Lori Dunbar? I have not received anything from such a person> [sic] Does she represent any party in the case?

------------------------------------------------

Friedrich Lu <chi2flu@gmail.com>  Apr 11, 2022, 6:46 PM
to Rosemary, Daron, Nick

I also wish to remind the court (whoever it is: Levy, CJ or Wolf, MJ) of Fed Rule Civ Proc 77(b), which dictates in part: "But no hearing—other than one ex parte—may be conducted outside the district unless all the affected parties consent." The district at issue is that of Massachusetts, not Maine.

------------------------------------------------

Nick Gordon  Apr 12, 2022, 9:40 AM
to me, Rosemary, Daron

Friedrich,

The conference with Judge Wolf if by Zoom with video link highlighted by me below [which is untrue]. I cannot speak to point #2 as I'm only the clerk who scheduled the matter at the court's instruction. Lori Dunbar is one of our court reporters.

Thank you,

Nick

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

------------------------------------------------

Friedrich Lu <chi2flu@gmail.com>  Apr 12, 2022, 3:06 PM
to Christopher, Nick, Rosemary, Daron

Thanks, My points are made. I wish to file a court paper to document my positions listed in the two emails of mine, to make it into the RECORD of the case, but the uncertainty of Levy CJ's order to hold motion filings prevented me from doing it. I will address the issue as part of my petition for mandamus. If either Levy CJ or Wolf MJ is going to hold court in Boston, as opposed to be in Maine, let me see him or her. My listed positions are hindrance to my participation in the zoom hearing and I will be unable to attend..

------------------------------------

Nick Gordon                                                         Apr 13, 2022, 1:17 PM
to me, Rosemary, Daron, Christopher

The Case Management Conference will go forward on April 19 at 10 a.m. via Zoom. Thank you.

------------------------

Friedrich Lu <chi2flu@gmail.com>                   Thu, Apr 28, 11:50 AM
Attachments
to Nick, Rosemary, Daron, Christopher

(1) Petition for Mandamus and Prohibition
(composed of three attachments: cover (labeled as "blank"), text (labeled as "Lu v Laprocina (II)") and Addendum)
was filed at 9 am today at the drop box designated by First Circuit, whose intake window has been closed to the public since March 2020 when the pandemic of Covid-19 started.
Naturally a case number was not assigned then.
(2) Please distribute to Levy, CJ, Walker, DJ, and Wolf, MJ -- the three (3) objects of the petition. Or have other people in your (clerk's) office do so. Thanks.
(3) Respondents (defendants below) are hereby served.

------------------------

Christina McDonagh <Christina_McDonagh@mad.uscourts.gov>   Thu, Apr 28, 2:42 PM
to me

Good Afternoon Mr. Lu,

These filings that you sent to Nick Gordon need to be filed in person at the Boston Federal Courthouse like usual. We will add them to the docket per usual and the Judge will receive them that way. We cannot accept any filings over e-mail. The same procedure is in place even though the Judge presiding over the case is out of district.

Thank you,
Christina McDonagh
Case Administration Supervisor
U.S. District Court
1 Courthouse Way Suite 2300
Boston, MA 02210

---

Friedrich Lu <chi2flu@gmail.com>  Thu, Apr 28, 6:13 PM
to Christina

I do not intend to file the petition at District court, as it was not meant for district court docket. The petition was filed with the First Circuit -- and in its docket. In my previous email today, I was SERVING the three judges of Maine court.

---

Christina McDonagh  Thu, Apr 28, 6:16 PM
to me

I apologize I did not see that part of your email. That being said, I do not believe you can serve a person via e-mail either. Please check with the 1st Circuit Court of Appeals on proper service so that you don't miss your service timeframe.

---

Friedrich Lu <chi2flu@gmail.com>  Thu, Apr 28, 6:42 PM
to Christina

I am curious. Why would your (Massachusetts) office get involved at all (your office was not in the cc list)? I asked Maine clerk's office to distribute or serve the petition, which is not a process on a defendant under Fed Rule Civ Proc 4. If the Maine office declines, that office, not your office, should tell or have told me so. You wrote, "I do not believe you can serve a person via e-mail either." But the Maine office served me with a notice of conference through email (with attachments which I can not open), which is at the top of this thread. I had thought that the three judges -- and Maine office --- would appreciate the electronic notification so that they can prepare a response quickly.

---

Christina McDonagh  Thu, Apr 28, 6:44 PM
to me

They believed it was a filing for your case that is a Boston case with a Maine Judge presiding so they forwarded it to me as the docket clerk for the case!

---

Friedrich Lu <chi2flu@gmail.com>  Thu, Apr 28, 7:39 PM
to Christina

Please explain it to Maine. Thanks.