UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Friedrich Lu**

        Plaintiff

   V.

CIVIL ACTION

NO. 21-11493-JDL

**Paul Laprocina, Jr. et al**

        Defendant

## ORDER OF DISMISSAL

Levy, C. J.

In accordance with the Court's Order dated May 31, 2022 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

5/31/2022  
Date

/s/ Christina McDonagh  
Deputy Clerk